# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2975
_____

United States of America

*Plaintiff - Appellee*

v.

Rasheka Monique Mickeal

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa
_____

Submitted: March 7, 2024
Filed: March 14, 2024
[Unpublished]
_____

Before COLLOTON,[1] KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

---

[1]Judge Colloton became chief judge of the circuit on March 11, 2024.  *See* 28 U.S.C. § 45(a)(1).

Rasheka Mickeal appeals the sentence the district court[2] imposed after she pled guilty to possessing a firearm as an unlawful user of controlled substances. Her counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Mickeal. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Callaway*, 762 F.3d 754, 760-61 (8th Cir. 2014) (presuming sentence reasonable if within United States Sentencing Guidelines Manual range). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____

[2]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.